JULIA NOBLE v. JAMES FAIRS ET AL.

Case made from Kent. (Montgomery, J.) Nov. 18.—Jan. 6.

Claim for mesne profits. Defendant had judgment. Affirmed.

*John E. More* for claimant.

*B. C. Girdler* and *J. A. Rogers* for defendants.

SHERWOOD, J. This is an action for mesne profits. The judgment in ejectment was rendered January 31, 1884, in Kent circuit. On the 18th day of June following plaintiff filed in the cause, pursuant to How. Stat. § 7830, a suggestion

of claim against defendant Charles B. Judd for the mesno profits of the lot in question, enjoyed by him. The issue joined on this suggestion was tried before Hon. Robert M. Montgomery, without a jury; and on the 3d day of November, 1884, judgment was rendered in favor of plaintiff and against defendant Judd for $73.63, and costs of suit. It is this judgment that this Court is now asked to reverse.

The facts in this case are so nearly the same as those in the case of *Elizabeth Noble v. James Fairs et al.*, ante, p. 637, decided at the present term of this Court, as to raise no questions of law not already considered and disposed of in that case, which clearly rules this; and

The judgment will therefore be affirmed with costs.

CAMPBELL, C. J. and MORSE, J. concurred.